IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 04-306 |
| | ) |
| HASSAN JALLOH, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 6th day of January, 2006, due to the continued inability of securing an qualified interpreter for the above named defendant, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. The government's response to defendant's outstanding motions shall be filed on or before January 27, 2006;

2. The pretrial conference and argument on the outstanding motions will be held on Friday, March 10, 2006 at 1:30 p.m.;

3. Jury selection and trial will now begin before the undersigned on Monday, March 20, 2006 at 9:30 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§ 3161(h)(8)(A), the period of delay from the date of this order until the day of trial shall be excluded in computing the time within which the trial of the above-captioned action must commence.

BY THE COURT:

_____, J.

cc:     Margaret E. Picking,
        Assistant United States Attorney

        Michael J. Novara,
        Assistant Federal Public Defender

        U.S. Marshal

        U.S. Pretrial Services

        U.S. Probation