UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-306 |
| | ) | |
| HASSAN JALLOH | ) | |
| a/k/a Sahjor C. Barrie | ) | |

**ORDER OF COURT**

AND NOW, this __13th__ day of __April__, 2007, the
Court having considered Defendant Jalloh/Barrie's Motion for
Transportation Expenses, it is hereby ORDERED, ADJUDGED AND
DECREED that said motion be, and the same hereby is, GRANTED.
The United States Marshal is hereby directed to arrange for
Mr. Barrie's transportation to the Western District of
Pennsylvania from Ohio so that he can attend his trial
scheduled to begin on Monday, April 16, 2007, at 9:00 a.m.,
in Pittsburgh, Pennsylvania.  In addition, the United States
Marshal's Service shall furnish Mr. Barrie with an amount of
money for subsistence expenses for food and lodging during
the time period of his trial, not to exceed the amount
authorized as per diem allowance for travel under § 5702 of
Title 5, United States Code.

Costs to be borne by the government.

_____
Gary L. Lancaster
United States District Judge

cc: U.S. Marshals