IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-306 |
| | ) |
| HASSAN JALLOH | ) |
| a/k/a Sahjor C. Barrie | ) |

ORDER

AND NOW, to wit, this __17th__ day of April, 2007, the within motion is granted, and it is hereby ORDERED that Indictment No. 04-306 Criminal against Hassan Jalloh, a/k/a Sahjor C. Barrie, be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services